IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19 CV 572

| | |
|---|---|
| WILLIAM PAUL AVOKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on Plaintiff's Motion to File Under Seal Plaintiff Medical Records (Doc. 7) ("Motion to Seal") which requests an Order sealing Plaintiff's medical records.

In evaluating a motion to seal, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." <u>Ashcraft v. Conoco, Inc.</u>, 218 F.3d 288, 302 (4th Cir. 2000).

Here, the Court has considered the Motion to Seal, the public's interest in access to the subject filings, and alternatives to sealing. The Court determines that sealing is necessary, and that less restrictive means of

handling the information are not sufficient, as the subject records pertain to Plaintiff's privileged medical information and are of the type of materials that are routinely sealed in social security cases as being part of the administrative record.

Accordingly, Plaintiff's Motion to File Under Seal Plaintiff Medical Records (Doc. 7) is **GRANTED**, and Plaintiff's medical records (Doc. 8) are **SEALED** and shall remain sealed until further Order of the Court.

Signed: December 10, 2019

W. Carleton Metcalf
United States Magistrate Judge