IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19 CV 572 MR WCM

| | |
|---|---|
| WILLIAM P. AVOKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On May 18, 2020, the undersigned's chambers received a voicemail message from an attorney with the office of Social Security regarding deadlines in this matter.

A review of the docket indicates that Defendant's deadline to file a response to Plaintiff's Motion for Leave to File Amended Complaint and Other Equitable Relief was previously extended through and including May 29, 2020.

Additionally, because Plaintiff filed his response to Defendant's Motion to Dismiss for Lack of Jurisdiction on May 14, 2020, Defendant's deadline to file a Reply is May 21, 2020. See Local Civil Rule 7.1(e).

The parties are **ADVISED** that any requests to modify pending deadlines should be made by motion in the regular course.

Signed: May 19, 2020

W. Carleton Metcalf
United States Magistrate Judge