# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| William Paul Avoki**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00572-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew M. Saul**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 27, 2020 Order.

June 29, 2020

*Frank G. John*

Frank G. Johns, Clerk
United States District Court